# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITES STATES OF AMERICA** | : | **CIVIL ACTION NO. 1:08-CV-1848** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **CINDY L. YOUNG,** | : | |
| **Defendant** | : | |

## **O R D E R**

AND NOW, this 10th day of March, 2009, it appearing by plaintiff's motion (Doc. 3) and affidavit, to the satisfaction of the Court, that the defendant cannot, upon diligent inquiry, be found so as to be personally served with the Summons and Complaint in Enforced Collection, the object of which is to enforce funds due, against real property located within the Middle District of Pennsylvania, situated at P.O. Box 26, Forest City, PA 18421, it is hereby ORDERED that the Summons and Complaint in Enforced Collections be served on the defendant by plaintiff or its agent by posting a copy of the Summons and Complaint in Enforced Collections at the address of the defendant, in accordance with F.R.C.P. 4(e)(1) and Pa.R.C.P. 430(a) and 410(c)(2), and by regular and certified mail addressed to defendant at the mortgaged property and to defendant's last known address.

 S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge
