# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION NO. 1:08-CV-1848** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **CINDY L. YOUNG,** | : | |
| **Defendant** | : | |

## **O R D E R**

AND NOW, this 30th day of March, 2009, it appearing by plaintiff's motion and affidavit (Doc. 5), to the satisfaction of the Court, that the Defendant cannot, upon diligent inquiry, be found so as to be personally served with the Summons and Complaint in Enforced Collection, the object of which is to enforce funds due, against real property located within the Middle District of Pennsylvania, situated at P.O. Box 26, Forest City, PA 18421, it is hereby ORDERED that the Summons and Complaint in Enforced Collections be served on the Defendant by Plaintiff or its agent by regular and certified mail addressed to Defendant at the Defendant's last known address.

   S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge